UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20885-CIV-ALTONAGA/Torres

**SAMMY LEE**, *et al.*,

    Plaintiffs,

v.

**PHILLIP FROST**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On August 31, 2021, the Court entered an Order [ECF No. 69] dismissing Plaintiffs' Consolidated Amended Complaint [ECF No. 61] for failure to make a pre-suit demand and failure to plead with sufficient particularity why such a demand would have been futile. In the Order the Court stated Plaintiffs could file a motion for leave to file an amended complaint on or before September 10, 2021, "failing which the Court will dismiss this action without prejudice and without further notice." (Aug. 31, 2021 Order 28). To date, Plaintiffs have not sought leave to file an amended complaint, nor have they requested additional time to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of Court is instructed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of September, 2021.

                                                 **CECILIA M. ALTONAGA**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record